AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Jinks, Daniel & Crow, P.C.

**SUMMONS IN A CIVIL ACTION**

V.

Community Bank and Trust of Southeast
Alabama, U.S. Department of Treasury, Internal
Revenue Service

CASE NUMBER: 2:05CV 940-T

TO: (Name and address of Defendant)

COMMUNITY BANK AND TRUST OF SOUTHEAST ALABAMA
c/o CSC Lawyers Incorporating Serivce, Inc.
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANIE S. GILLILAND
P. O. Box 241345
Montgomery, AL 36124-1345

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

10/4/05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

Jinks, Daniel & Crow, P.C.

**SUMMONS IN A CIVIL ACTION**

V.

Community Bank and Trust of Southeast
Alabama, U.S. Department of Treasury, Internal
Revenue Service

CASE NUMBER: _2:05CV940 T_

TO: (Name and address of Defendant)

THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
ROOM B-103
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANIE S. GILLILAND
P. O. Box 241345
Montgomery, AL 36124-1345

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____          _10/4/05_____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE  District of  ALABAMA

Jinks, Daniel & Crow, P.C.

**SUMMONS IN A CIVIL ACTION**

V.

Community Bank and Trust of Southeast
Alabama, U.S. Department of Treasury, Internal
Revenue Service

CASE NUMBER:

TO: (Name and address of Defendant)

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR, IRS
801 Tom Martin Drive, Suite 126
Birmingham, AL 35211

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANIE S. GILLILAND
P. O. Box 241345
Montgomery, AL 36124-1345

an answer to the complaint which is served on you with this summons, within _____ 60 ___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_(signature)_

(By) DEPUTY CLERK

10/4/05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

Jinks, Daniel & Crow, P.C.

V.

Community Bank and Trust of Southeast
Alabama, U.S. Department of Treasury, Internal
Revenue Service

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  *2:05CV 940-T*

TO: (Name and address of Defendant)

THE UNITED STATES ATTORNEY
P. O. Box 197
Montgomery, AL  36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANIE S. GILLILAND
P. O. Box 241345
Montgomery, AL 36124-1345

an answer to the complaint which is served on you with this summons, within _____ 2̶0̶ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                     *10/4/05*

CLERK                                                                              DATE

(By) DEPUTY CLERK