AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Jinks, Daniel & Crow, P.C.

V.

Community Bank and Trust of Southeast Alabama, U. S. Department of Treasury, Internal Revenue Service

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv940-T

TO: (Name and address of Defendant)

UNITED STATES DEPARTMENT OF TREASURY
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANIE S. GILLILAND
P. O. Box 241345
Montgomery, AL 36124-1345

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                   10/4/05
CLERK                                                DATE

(By) DEPUTY CLERK