| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nancy Yarn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Nancy Yarn  C. Date of Delivery 10/7/05 |
| 1. Article Addressed to:<br>The United States of America<br>The United States Attorney<br>P.O. Box 197<br>Montgomery, AL 36106-0197 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>2:05cv940-T<br>Jdc    60 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 2365 4358 |

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540