IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JINKS, DANIEL & CROW, P.C., | § | |
| Plaintiff, | § | |
| v. | § | |
| COMMUNITY BANK AND TRUST OF SOUTHEAST ALABAMA, and UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE, | § § § § | CASE NUMBER:<br><br>**2:05-CV-00940-MHT-VPM** |
| Defendants. | § | |

NOTICE OF DISMISSAL OF PARTY DEFENDANT

COMES NOW Plaintiff Jinks, Daniel & Crow, P.C., pursuant to Fed.R.Civ.P. 41 and voluntarily dismisses the United States Department of Treasury, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220, as a party defendant in the above-styled case. The Department of Treasury has not filed an Answer in this case.

THIS the 13th day of October, 2005.

s/Janie S. Gilliland
Janie S. Gilliland     GIL034

OF COUNSEL:
JANIE S. GILLILAND
Attorney at Law
P. O. Box 241345
Montgomery, AL 36124-1345
Telephone:   334-409-2003
Facsimile:    334-409-2009

**Certificate of Service**

I hereby certify that I have, on this 13th day of October, 2005, delivered a copy of the foregoing on the following, by placing a copy of the same in the United States Mail, properly addressed, with sufficient first-class postage affixed thereto, to insure delivery.

                                                   s/Janie S. Gilliland

Community Bank and Trust of Southeast Alabama
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

The Attorney General
Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

The United States of America
The United States Attorney
P. O. Box 197
Montgomery, AL 36106-0197

Internal Revenue Service
District Director, IRS
801 Tom Martin Drive, Suite 126
Birmingham, AL 35211

The United States Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

The Hon. Anne Stone Sumblin
P. O. Box 345
Kinston, AL 36453