1340

**JINKS, DANIEL & CROW, P.C.**
TRUST ACCOUNT III
219 NORTH PRAIRIE STREET
P.O. BOX 350  PH 738-4225
UNION SPRINGS, AL 36089

AMERIFIRST BANK
UNION SPRINGS, AL 63089
61-427/621

DATE | AMOUNT
Oct 10, 2005 | **$56,438.97

Memo:   Adams vs. Charter Construction

Fifty-Six Thousand Four Hundred Thirty-Eight and 97/100 Dollars

PAY TO THE ORDER OF   United States District Court

*[signature]*
AUTHORIZED SIGNATURE

⑈001340⑈ ⑆062104274⑆ ⑈67 7400 8⑈