IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JINKS, DANIEL & CROW, P.C.,  )
                             )
    Plaintiff,                )
                             )            CIVIL ACTION NO.
    v.                       )               2:05cv940-T
                             )
COMMUNITY BANK AND TRUST     )
OF SOUTHEAST ALABAMA and     )
INTERNAL REVENUE SERVICE,    )
                             )
    Defendants.              )
```

ORDER

Pursuant to the notice of dismissal (Doc. No. 6), it is ORDERED that defendant United States Department of Treasury is dismissed.

DONE, this the 18th day of October, 2005.

                                               /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE