**IN THE UNITED STATES DISTRICT COURT**
**FOR THE  MIDDLE DISTRICT OF ALABAMA**

**JINKS, DANIEL & CROW, P.C.,**

          **Plaintiff,**

**v**.

**COMMUNITY BANK AND TRUST OF**
**SOUTHEAST ALABAMA, UNITED**
**STATES DEPARTMENT OF**
**TREASURY, INTERNAL REVENUE**
**SERVICE,**

          **Defendants.**

                         **CIVIL ACTION NO.**
                          **2:05cv940-T**

**ANSWER OF DEFENDANT**
**COMMUNITY BANK AND TRUST OF SOUTHEAST ALABAMA**

Community Bank and Trust of Southeast Alabama ("CB&T"), a defendant in the above-styled action, for its answer to the Complaint for Interpleader and Declaratory Judgment (the "Complaint") filed by Jinks, Daniel & Crow, P.C. (the "Law Firm"), says as follows:

**Jurisdiction**

1 - 5.    Admitted.

**Facts**

6.    Admitted.

7.    Denied.  The referenced lawsuit (the "Lawsuit") was resolved by a final judgment following a bench trial and subsequent appeal.

8.    CB&T admits that, after the payment of fees and expenses to the referenced Law Firm, the sum of $56,438.97 is the balance of the judgment in favor of Mr. Ben T. Adams ("Adams") in the Lawsuit.

9. Denied. By letter dated March 10, 2004, CB&T notified the Law Firm of CB&T's security interest in Adams' claims in the Lawsuit, and the proceeds thereof, to secure Adams' debt to CB&T in an amount in excess of $270,000.

10. Denied. CB&T claims it is entitled to the net proceeds of the Lawsuit as a result of CB&T's prior, perfected security interest in Adams' Accounts, General Intangibles, Payment Intangibles, Contract Claims, and Commercial Tort Claims.

11. Denied. The IRS claims that AA Adams Construction Co., a partnership (the "Partnership"), not Adams, owes it federal taxes; the IRS issued and filed notices of federal tax liens against the Partnership, not Adams; and the IRS claims a lien against assets owned by the Partnership, not Adams.

12. Admitted.

WHEREFORE, premises considered, CB&T prays that this Court will enter an order in favor of CB&T in and to the funds deposited with the Registrar of the Court in this interpleader action, less the reasonable and necessary fees and expenses of the Law firm. CB&T prays for such other and further relief that this Court deems appropriate.


/s/ Anne Stone Sumblin_____
Anne Stone Sumblin (98-8358)
Attorney for CB&T


OF COUNSEL:

WALSTON WELLS & BIRCHALL, LLP
Post Office Box 345
Kinston, AL 35643
Telephone: (334) 565-3380
Fax: (334) 565-3076
*asumblin@oppcatv.com*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Janie S. Gilliland
> Post Office Box 241345
> Montgomery, AL  36124-1345

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> The Attorney General
> U. S. Department of Justice
> 950 Pennsylvania Avenue, NW, Room B-103
> Washington, DC  20530
>
> The United States of America
> The United States Attorney
> Post Office Box 197
> Montgomery, AL  36106-0197
>
> Internal Revenue Service
> District Director, IRS
> 801 Tom Martin Drive, Suite 126
> Birmingham, AL 35211

> /s/ Anne Stone Sumblin_____
> Of Counsel