IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JINKS, DANIEL & CROW, P.C., | § | |
| PLAINTIFF, | § | |
| v. | § | CASE NUMBER: |
| COMMUNITY BANK AND TRUST OF SOUTHEAST ALABAMA, and | § | 2:05cv940-T |
| INTERNAL REVENUE SERVICE, | § | |
| DEFENDANTS. | § | |

## MOTION TO AMEND COMPLAINT

COMES NOW PLAINTIFF JINKS, DANIEL & CROW, P.C., (hereinafter "Jinks"), and moves this Honorable Court for leave to amend its Complaint previously filed in this matter on the 3rd day of October 2005, in order to correctly reflect the facts as alleged in Paragraphs 7, 8 and 9 of the original Complaint. Paragraph 7, 8 and 9 of the attached First Amended Complaint correctly state the facts contained herein and rephrase subsequent paragraphs to delete the term "Settlement Proceeds".

Jinks avers that this amendment is necessary to correctly reflect the facts in this case, and that neither Defendant will be prejudiced or inconvenienced by such amendment.

THIS 25th day of October, 2005.

s/Janie S. Gilliland

JANIE S. GILLILAND
P. O. Box 241345
Montgomery, AL 36124-1345
Telephone:   334-409-2003
Facsimile:    334-409-2009


## Certificate of Service

I hereby certify that I have, on this 25th day of October, 2005, delivered a copy of the foregoing on the following, by placing a copy of the same in the United States Mail, properly addressed, with sufficient first-class postage affixed thereto, to insure delivery.

                                                      s/Janie S. Gilliland


The Hon. Anne Stone Sumblin
P. O. Box 345
Kinston, AL 36453

The Attorney General
Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

The United States of America
The United States Attorney
P. O. Box 197
Montgomery, AL 36106-0197

Internal Revenue Service
District Director, IRS
801 Tom Martin Drive, Suite 126
Birmingham, AL 35211