IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JINKS, DANIEL & CROW, P.C.,  )
                             )
    Plaintiff,                )
                             )    CIVIL ACTION NO.
    v.                       )      2:05cv940-T
                             )
COMMUNITY BANK AND TRUST     )
OF SOUTHEAST ALABAMA and     )
INTERNAL REVENUE SERVICE,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that plaintiff's motion to amend complaint (Doc. No. 11) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 27th day of October, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE