JINKS,DANIEL&CROW        Fax:3347384229        Apr 13 2005  15:18        P.04

| Form 668-A(ICS) (Jan. 2003) | | Department of the Treasury – Internal Revenue Service **Notice of Levy** | | | |
|---|---|---|---|---|---|

DATE: 05/05/2004
REPLY TO: Internal Revenue Service
L. F. SANKEY
1285 CARMICHAEL WAY
MONTGOMERY, AL 36106

TELEPHONE NUMBER
OF IRS OFFICE: (334)290-4011

TO: LYNN W JINKS, III
ATTORNEYS AT LAW
219 NORTH PRAIRIE STREET
P O BOX 350
UNION SPRINGS, AL 36089

NAME AND ADDRESS OF TAXPAYER:
AA-ADAMS CONSTRUCTION
ADMAS BEN T GEN PTR
79 COUNTY RD 23
CLIO, AL 36017-3815

AA-A

IDENTIFYING NUMBER(S): 72-1393831

**THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 940 | 12/31/2001 | 754.66 | 105.59 | 860.25 |
| 940 | 12/31/2002 | 1807.03 | 309.75 | 2116.78 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT →

Total Amount Due: 2977.03

We figured the interest and late payment penalty to 06-04-2004

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy —
1. Make your check or money order payable to **United States**
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

| Signature of Service Representative L. F. SANKEY | Title REVENUE OFFICER |
|---|---|

Part 1 – For Addressee    Catalog No. 35389E    www.irs.gov    Form 668-A(ICS) (1-2003)

EXH. C