## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
COMMUNITY BANK AND TRUST OF SOUTHEAST AL
P O BOX 311245
ENTERPRISE   AL   36331
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- 1a. ORGANIZATION'S NAME: **AA ADAMS CONSTRUCTION CO**
- 1b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME / SUFFIX
- 1c. MAILING ADDRESS: 79 COUNTY ROAD 23 | CITY: CLIO | STATE: AL | POSTAL CODE: 36017 | COUNTRY: USA
- 1d. TAX ID #: SSN OR EIN | 1e. TYPE OF ORGANIZATION: PARTNERSHIP | 1f. JURISDICTION OF ORGANIZATION: ALABAMA | 1g. ORGANIZATIONAL ID #, if any: X NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** TOTAL ASSIGNEE

- 3a. ORGANIZATION'S NAME: **COMMUNITY BANK AND TRUST OF SOUTHEAST AL**
- 3c. MAILING ADDRESS: 901 N. BOLLWEEVIL CIRCLE | CITY: ENTERPRISE | STATE: AL | POSTAL CODE: 36330 | COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

**ALL EQUIPMENT, ACCOUNTS AND GENERAL INTANGIBLES FURTHER DESCRIBED IN SECURITY AGREEMENT EXECUTED BY DEBTOR ON JANUARY 15, 2004.**

**FILE WITH ALABAMA SECRETARY OF STATE**

5. ALTERNATIVE DESIGNATION (if applicable): LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. This FINANCING STATEMENT is to be filed for record (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) | All Debtors | Debtor 1 | Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY 1 NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)    Bankers Systems, Inc., St. Cloud, MN  Form UCC-1-LAZ  5/30/2001

EX. 2