## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
COMMUNITY BANK & TRUST OF SOUTHEAST AL
P O BOX 311245
ENTERPRISE AL  36331-1245
```

Alabama Sec. Of State
B 04-0073409 AM
Date 3/03/2004
Time 15:12

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #: B-04-0073409 FS

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address  ☐ DELETE name  ☒ ADD name

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
OR
7b. INDIVIDUAL'S LAST NAME: ADAMS | FIRST NAME: BEN | MIDDLE NAME: T | SUFFIX: JR
7c. MAILING ADDRESS: 79 COUNTY ROAD 23 | CITY: CLIO | STATE: AL | POSTAL CODE: 36017 | COUNTRY: USA
7d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

**SEE ATTACHED EXHIBIT "A" ATTACHED HERETO & INCORPORATED HEREIN BY REFERENCE**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME: COMMUNITY BANK & TRUST OF SOUTHEAST AL
OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
ACKNOWLEDGMENT COPY

EXH. 4

## Exhibit "A" to UCC-3 Amending UCC-1 B-04-0073409

Community Bank & Trust of SE Alabama ("CB&T") hereby amends its UCC-1 to add Ben T. Adams as a Debtor (collectively Adams Construction Co, a partnership, and Ben T. Adams, an individual, referred to as "Debtors"), and to further describe in greater detail CB&T's security interest in and to General Intangibles (as defined in the Security Agreement dated 1/16/04, and as corrected by that certain Correction Amendment to Security Agreement and Note executed by the Debtors and CB&T on February 27, 2004 (the "Amendment") and in Alabama's Uniform Commercial Code), including but not limited to Payment Intangibles (as defined in Alabama's Uniform Commercial Code), so that it is clear that the terms General Intangibles and Payment Intangibles include Debtors' right, title, and interest in and to all of their contract claims and Commercial Tort Claims (as defined in Alabama's Uniform Commercial Code), including but not limited to those contract and Commercial Tort Claims asserted in that certain action styled Ben T. Adams vs. Charter Construction Management Co., Inc.; the Charter Companies; Carl Sutton; Sutton Construction Services; et al., CV-03-024, Circuit Court of Barbour County, Alabama, Clayton Division.