# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

    COMMUNITY BANK AND TRUST OF SOUTHEAST AL
    P O BOX 311245
    ENTERPRISE AL 36331

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AA ADAMS CONSTRUCTION CO. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 79 COUNTY ROAD 23 | CLIO | AL | 36017 | USA |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
| | | PARTNERSHIP | ALABAMA | X NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| ADAMS | BEN | T | | MR. |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 79 COUNTY ROAD 23 | CLIO | AL | 36017 | USA |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| COMMUNITY BANK AND TRUST OF SOUTHEAST AL | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 901 N. BOLLWEEVIL CIRCLE | ENTERPRISE | AL | 36330 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

SEE ATTACHED EXHIBIT "A" ATTACHED **HERETO AND INCORPORATED HEREIN** BY REFERENCE.

**5. ALTERNATIVE DESIGNATION (if applicable):** LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional) All Debtors | Debtor 1 | Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY f NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)    Bankers Systems, Inc., St. Cloud, MN Form UCC-1-LAZ 5/30/2001

EXH. 5

**Exhibit "A" to UCC-1 of Ben Adams and AA Adams Construction Co.**

All Equipment, Accounts, and General Intangibles of the Debtors (all as fully defined in Alabama's Uniform Commercial Code and in the Security ment dated January 16, 2004, as amended by that certain Correction ment To Security Agreement & Note executed by the Debtors and CB&T y 27, 2004 (the "Amendment")), and all the Debtors' Commercial Tort Claims (as fined in Alabama's Uniform Commercial Code (the "UCC") and the CC), including but not limited to all Payment Intangibles (as defined in the he contract claims, and Commercial Tort Claims (as defined in the UCC) Debtors in that certain action styled ...es; Carl Sutton; Sutton Constructio Services; et al., CV-03-024, Circuit Court of Barbour County, Alabama, Division.