| | 1008 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. October 2000) | | **Notice of Federal Tax Lien** | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #8 Lien Unit Phone: (615) 250-5934 | Serial Number 148633403 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

8041
01/22/2004 02:40:55 PM
Nancy R. Robertson
Judge of Probate
Barbour County, AL

Recording Fee TOTAL  21.00  21.00

Name of Taxpayer  AA-ADAMS CONSTRUCTION, a Partnership

Residence  79 COUNTY RD 23
CLIO, AL 36017-3815

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1996 | 72-1393831 | 05/05/2003 | 06/04/2013 | 2971.21 |
| 940 | 12/31/1999 | 72-1393831 | 05/05/2003 | 06/04/2013 | 2528.08 |
| 940 | 12/31/2001 | 72-1393831 | 05/05/2003 | 06/04/2013 | 754.66 |
| 940 | 12/31/2002 | 72-1393831 | 05/05/2003 | 06/04/2013 | 1807.03 |
| 941 | 12/31/1999 | 72-1393831 | 05/05/2003 | 06/04/2013 | 2491.33 |
| 941 | 12/31/2000 | 72-1393831 | 04/07/2003 | 05/07/2013 | 2211.11 |
| 941 | 12/31/2001 | 72-1393831 | 04/07/2003 | 05/07/2013 | 3044.63 |
| 941 | 03/31/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 2130.79 |
| 941 | 06/30/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 2612.53 |
| 941 | 09/30/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 1977.07 |
| 941 | 12/31/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 3294.53 |
| 941 | 03/31/2003 | 72-1393831 | 10/20/2003 | 11/19/2013 | 1188.08 |
| 941 | 06/30/2003 | 72-1393831 | 10/13/2003 | 11/12/2013 | 5536.25 |

Place of Filing
Judge of Probate
BARBOUR (CLAYTON) County
Clayton, AL 36016

Total  $  32547.30

This notice was prepared and signed at  NASHVILLE, TN , on this,

the  17th  day of  December , 2003.

Signature  Pat L Grove
for L. F. SANKEY

Title  REVENUE OFFICER  28-02-2738
(334) 290-4011 x4800

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

EXH. E