| | 1008 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | | **Notice of Federal Tax Lien** | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #8 Lien Unit Phone: (615) 250-5934 | Serial Number 177147904 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

E 2139
06/22/2004 08:07:53 AM
Nancy O. Robertson
Judge of Probate
Barbour County, AL

Name of Taxpayer  AA-ADAMS CONSTRUCTION, a Partnership

Recording Fee  21.00
TOTAL  21.00

Residence     79 COUNTY RD 23
              CLIO, AL 36017-3815

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2003 | 72-1393831 | 03/22/2004 | 04/21/2014 | 12825.83 |

Place of Filing   Judge of Probate
                  BARBOUR (CLAYTON) County
                  Clayton, AL 36016

Total $ 12825.83

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __11th__ day of __June__, __2004__.

Signature  Pat L. Grone      Title REVENUE OFFICER      28-02-2738
for L. F. SANKEY                    (334) 290-4011 x4800

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

GXH. F