**INFORMATION REQUEST**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|
| DEDE HARBIN 334-263-0054 05-3336 | |

B. RETURN TO: (Name and Address)

```
ANNE SUMBLIN
WALSTON WELLS
P.O. BOX 345
KINSTON, AL 36453

DEDE WILL PAY
```

UCC Search 232-720
Date 12/06/2005
Time 13:38
Name $.00
Copy $3.00
Cert $.00
Form $.00
Expd -----
Total $3.00
01/056

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DEBTOR NAME to be searched - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: AA ADAMS CONSTRUCTION (A PARTNERSHIP)

1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME

INFORMATION OPTIONS relating to UCC filings...

☐ CERTIFIED (Optional)
Select one of the following two options: ☐ ALL (Check this box to request a response that is complete, including filings that have lapsed.) ☐ UNLAPSED

COPY REQUEST ☐ CERTIFIED (Optional)
Select one of the following two options: ☐ ALL ☐ UNLAPSED

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| 04-0506384 | | |
| 04-0894994 | | |
| 04-0049290 | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here):
4a. ☐ Pick Up
4b. ☐ Other
Specify desired method here (if available from this office), provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

FILING OFFICE COPY (1) — NATIONAL INFORMATION REQUEST (FORM UCC11) (REV. 05/09/01)

| | 1008 | Department of the Treasury - Internal Revenue Service | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. October 2000) | | **Notice of Federal Tax Lien** | |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #8 Lien Unit Phone: (615) 250-5934 | Serial Number 148633503 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   AA-ADAMS CONSTRUCTION, a Partnership

Residence   79 COUNTY RD 23
CLIO, AL 36017-3815

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

I04-0049290FS

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1996 | 72-1393831 | 05/05/2003 | 06/04/2013 | 2971.21 |
| 940 | 12/31/1999 | 72-1393831 | 05/05/2003 | 06/04/2013 | 2528.08 |
| 940 | 12/31/2001 | 72-1393831 | 05/05/2003 | 06/04/2013 | 754.66 |
| 940 | 12/31/2002 | 72-1393831 | 05/05/2003 | 06/04/2013 | 1807.03 |
| 941 | 12/31/1999 | 72-1393831 | 05/05/2003 | 06/04/2013 | 2491.33 |
| 941 | 12/31/2000 | 72-1393831 | 04/07/2003 | 05/07/2013 | 2211.11 |
| 941 | 12/31/2001 | 72-1393831 | 04/07/2003 | 05/07/2013 | 3044.63 |
| 941 | 03/31/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 2130.79 |
| 941 | 06/30/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 2612.53 |
| 941 | 09/30/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 1977.07 |
| 941 | 12/31/2002 | 72-1393831 | 04/07/2003 | 05/07/2013 | 3294.53 |
| 941 | 03/31/2003 | 72-1393831 | 10/20/2003 | 11/19/2013 | 1188.08 |
| 941 | 06/30/2003 | 72-1393831 | 10/13/2003 | 11/12/2013 | 5536.25 |

Place of Filing
STATE OF ALABAMA
SECRETARY OF STATE
MONTGOMERY, AL 36103-5616

Total $ 32547.30

This notice was prepared and signed at   NASHVILLE, TN   , on this, the   17th   day of   December  , 2003 .

Signature for L. F. SANKEY   Pat L. Groner    Title REVENUE OFFICER   (334) 290-4011 x4800    28-02-2738

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

| Form 668 (Y)(c) | 1008 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #8  Lien Unit Phone: (615) 250-5934 | Serial Number  177148004 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  AA-ADAMS CONSTRUCTION , a Partnership

Residence   79 COUNTY RD 23
            CLIO, AL 36017-3815

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2003 | 72-1393831 | 03/22/2004 | 04/21/2014 | 12825.83 |

Place of Filing   STATE OF ALABAMA
                  SECRETARY OF STATE
                  MONTGOMERY, AL 36103-5616

Total $ 12825.83

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __11th__ day of __June__, __2004__.

Signature _Pat S. Grone_ for L. F. SANKEY

Title  REVENUE OFFICER  (334) 290-4011 x4800   28-02-2738

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

1872

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #8 Lien Unit Phone: (615) 250-5934 | Serial Number 198132104 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  AA-ADAMS CONSTRUCTION , a Partnership

Residence  79 COUNTY RD 23
CLIO, AL 36017-3815

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2003 | 72-1393831 | 07/12/2004 | 08/11/2014 | 10952.98 |

Place of Filing  STATE OF ALABAMA
SECRETARY OF STATE
MONTGOMERY, AL 36103-5616

Total  $ 10952.98

This notice was prepared and signed at  NASHVILLE, TN , on this,

the  27th  day of  October , 2004 .

Signature  /s/ CSherwood
for L. F. SANKEY

Title  REVENUE OFFICER
(334) 290-4011 x4800

28-02-2738

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971-2 C.B. 409)    Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X