## INFORMATION REQUEST
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|
| DEDE HARBIN 334-263-0054 05-3336 | |

B. RETURN TO: (Name and Address)

ANNE SUMBLIN
WALSTON WELLS
P.O. BOX 345
KINSTON, AL 36453

DEDE WILL PAY    LISTING ONLY

UCC_Search
232-719
Date 12/06/2005
Time 13:36
Name $20.00
Copy $.00
Cert $.00
Form $.00
Expd
Total $20.00
01/055

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR NAME to be searched - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| ADAMS    CLIO, AL | BEN | (T) |

2. INFORMATION OPTIONS relating to UCC filings and other...

- SEARCH RESPONSE ☐ CERTIFIED (Optional)
  Select one of the following two options: ☐ ALL (Check this box to request a response that is complete, including filings that have lapsed.) ☑ UNLAPSED
- COPY REQUEST ☐ CERTIFIED (Optional)
  Select one of the following two options: ☐ ALL  ☐ UNLAPSED
- SPECIFIED COPIES ONLY ☐ CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here).
4a. ☐ Pick Up
4b. ☐ Other
Specify desired method here (if available from this office), provide delivery information (e.g., delivery service's name, addressee's account # with delivery service, addressee's phone #, etc.)

FILING OFFICE COPY (1) — NATIONAL INFORMATION REQUEST (FORM UCC11) (REV. 05/09/01)

```
                        Secretary Of State
                  Uniform Commercial Code Section
                           P.O. Box 5616
                        Montgomery, AL  36103
```

Certified List Of Filings                Processing Date: 12/06/2005
                                                   Time:    1:39 PM

SEARCH Number: 232-719

```
     Filing Type         File Dt & Tm    Pgs    Exp Dt      Status      File Num
  Business              05/01/2001 11:07 003  05/01/2006   Active       2001-15757
                                                                      Copies Omitted
  * Termination Filed: 01/10/2005 14:48  001

  * Finance Statement: 05/01/2001 11:07  002
        Debtor(s).........................   .............................
            AA-ADAMS CONSTRUCTION
              79 COUNTY RD 23                 CLIO, AL  36017
            ADAMS, BEN
              79 COUNTY RD 23                 CLIO, AL  36017
            ADAMS, JAMES
              79 COUNTY RD 23                 CLIO, AL  36017
        Secured...........................   .............................
            JOHN DEERE CONSTRUCTION EQUIPMENT CO
              6400 NW 86TH ST  PO BOX 6630    JOHNSTON, IA  50131


     Filing Type         File Dt & Tm    Pgs    Exp Dt      Status      File Num
  Business              06/26/2001 12:29 002  06/26/2006   Active       2001-24818
                                                                      Copies Omitted
  * Finance Statement: 06/26/2001 12:29  002
        Debtor(s).........................   .............................
            ADAMS, BEN T
              79 COUNTY RD 23                 CLIO, AL  36017
            AA-ADAMS CONSTRUCTION
              79 COUNTY RD 23                 CLIO, AL  36017
            ADAMS, JAMES T
              79 COUNTY RD 23                 CLIO, AL  36017
        Secured...........................   .............................
            CIT GROUP/EQUIPMENT FINANCING INC
              PO BOX 27248                    TEMPE, AZ  85282-7248


     Filing Type         File Dt & Tm    Pgs    Exp Dt      Status      File Num
  Business              01/29/2004 15:09 005  01/29/2009   Active       04-0073409
                                                                      Copies Omitted
  * Amendment........: 03/03/2004 15:13   002
        Debtor(s).........................   .............................
            AA ADAMS CONSTRUCTION CO
              79 COUNTY ROAD 23               CLIO, AL  36017
            ADAMS, BEN T
              79 COUNTY ROAD 23               CLIO, AL  36017
        Secured...........................   .............................
            COMMUNITY BANK AND TRUST OF SOUTHEAST AL
              901 N BOLLWEEVIL CIRCLE         ENTERPRISE, AL  36330

  * Amendment........: 03/03/2004 15:12   002
        Debtor(s).........................   .............................
            AA ADAMS CONSTRUCTION CO
              79 COUNTY ROAD 23               CLIO, AL  36017
            ADAMS, BEN T
              79 COUNTY ROAD 23               CLIO, AL  36017
        Secured...........................   .............................
            COMMUNITY BANK AND TRUST OF SOUTHEAST AL
              901 N BOLLWEEVIL CIRCLE         ENTERPRISE, AL  36330

  * Finance Statement: 01/29/2004 15:09  001
        Debtor(s).........................   .............................
            AA ADAMS CONSTRUCTION CO
              79 COUNTY ROAD 23               CLIO, AL  36017
```

Certified List Of Filings Continued                                    Page: 002

Number: 232719

    Secured............................................
        COMMUNITY BANK AND TRUST OF SOUTHEAST AL
        901 N BOLLWEEVIL CIRCLE      ENTERPRISE, AL  36330

| Filing Type | File Dt & Tm | Pgs | Exp Dt | Status | File Num |
|---|---|---|---|---|---|
| Business | 03/03/2004 15:14 | 002 | 03/03/2009 | Active | 04-0159577 |

                                                                                                   Copies Omitted

* Finance Statement: 03/03/2004 15:14  002
    Debtor(s).........................................
        AA ADAMS CONSTRUCTION CO
        79 COUNTY ROAD 23            CLIO, AL  36017
        ADAMS, BEN T
        79 COUNTY ROAD 23            CLIO, AL  36017
    Secured...........................................
        COMMUNITY BANK AND TRUST OF SOUTHEAST AL
        901 N BOLLWEEVIL CIRCLE      ENTERPRISE, AL  36330

---

The above listing is a record of all presently effective filings naming the requested debtor which are on file in my office as of October 31, 2005 at 05:00 PM.

                                                                                       /s/ Nancy L. Worley

Processed By:                                           NANCY L. WORLEY
G D Flint                                                Secretary Of State