IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JINKS, DANIEL & CROW, P.C.,  )
                             )
    Plaintiff,                )
                             )
                             )   CIVIL ACTION NO.
    v.                       )    2:05cv940-MHT
                             )
COMMUNITY BANK AND TRUST     )
OF SOUTHEAST ALABAMA and     )
INTERNAL REVENUE SERVICE,    )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 18 & 20) are set for submission, without oral argument, on March 6, 2006, with the non-movants' briefs and evidentiary materials due by said date.

DONE, this the 15th day of February, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE