AA-ADAMS CONSTRUCTION
79 County Road 23
Clio, AL 36017
Phone: 334-397-2671
Fax: 334-397-4192



# Fax

| | |
|---|---|
| **To:** Sandra Godfrey | **From:** Ben T. Adams |
| **Fax:** 334-502-7649 | **Pages:** 2, including this |
| **Phone:** 334-502-4100 | **Date:** 09/04/2002 |
| **Re:** | **CC:** |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle



PLAINTIFF'S EXHIBIT
1

0001

**AA-ADAMS CONSTRUCTION**

AA-ADAMS CONSTRUCTION
79 County Road 23
Clio, AL 36017-3815
Phone: 334-397-2671
Fax: 334-397-4192

September 4, 2002

Charter Construction Management Company, Inc.
730 North Dean Road, Suite 200
Auburn, AL 36830

Attn: Sandra Godfrey
Subject: Sun Ridge Apartments/Request for copy of lien waiver

Sandra:

Almost six months have passed since I asked you to fax or mail me a copy of the lien waiver from us to Sutton Construction and Drywall Services, Inc. for the balance of $94,415.04 that was due us from this project.

Your lack of response to my request, leads me to believe that either you do not have this lien waiver or that if you do have it someone else has signed my name.

Once again, I am requesting that you either fax or mail me a copy of this information as soon as possible.

Sincerely,

*[signature]*

Ben T. Adams
Managing General Partner

0002

Feb. 8. 2001  9:36AM    CHARTER COMPANIES.                              No.8061   P. 1/3



# THE CHARTER COMPANIES

## COVER PAGE

**DATE:** 2/8/01

**TO:** Sub.Contractor's

**FROM:** Susan C.

**COMPANY:**

**FAX NUMBER:**

**COMMENTS:**

**No. Of Pages:** 3

Attached is a Subcontracters Supplier/ Subcontractor's List. This list must be submitted with your pay request on the 25th of each month. Please complete this list & Fax it back to me "today".

1301 Monte Down Road Suite 200 Auburn, Alabama 36830
Phone (334) 502-4100 Fax (334) 502-7649



PLAINTIFF'S EXHIBIT

# NOTICE TO ALL SUBCONTRACTORS

Attached you will find copies of a Supplier/Subcontractor's List and two Lien Waivers. You are now required to turn in a Supplier/Subcontractor's List with every pay request you submit. You will also be required to provide a Lien Waiver for each supplier and/or subcontractor you have paid for supplies and/or labor on Charter's project. If you do not provide materials on this project simply write "Materials Provided" or "NA" across the Supplier/Subcontractor's List and submit it with your pay request. This information must be turned in with every pay request on the 25th of the month. If you have a supplier and/or subcontractor that provides their on Lien Waiver, it's ok to use their form. Also, Charter will now require that you submit a "Final Lien Waiver" from all the supplier's/subcontractor's you have listed on all list. Any delay with this information may result in future checks being held until the information is provided. If you have any questions give us a call at 334-502-4100.

Accounting Department

02/08/2001



# THE CHARTER COMPANIES

| COVER PAGE | DATE: 3/15/01 |

TO: Carl Sutton    FROM: David
COMPANY:
FAX NUMBER:

COMMENTS:                                No. Of Pages:

Please read e-mail.

Thanks

730 North Dean Road, Suite 200 Auburn, Alabama 36830
Phone (334) 502-4100  Fax (334) 502-7649

**PLAINTIFF'S EXHIBIT 5**

0005

### david gethers

| | |
|---|---|
| **From:** | david gethers [dgethers@chartercompanies.com] |
| **Sent:** | Thursday, March 15, 2001 10:22 AM |
| **To:** | Carl Sutton (E-mail) |
| **Cc:** | Gina Coleman (E-mail); Sandra Godfrey (E-mail) |
| **Subject:** | Balances with Suppliers |

Carl

We are in the process of getting your checks ready for the Sun Ridge and Camellia Place Apartments projects. One of the things we are now doing is calling all of our subcontractor's lists of suppliers to double check the information that they supply us on our Subcontractors Suppliers List for each project. The current lists that Ben forwarded us for both Camellia Place and Sun Ridge only had BMW listed. Sun Ridge should have had Sherwin Williams and Capital Drywall. We always need a complete list.

Secondly, when we called BMW and asked them to fax us your current account balances for both jobs they were quite different than what Ben sent us. The information for Camellia Place that he sent us dated 2-26-01 showed your current balance with BMW at $1,897.34. Kay at BMW sent us a fax stating that your balance though 2-26-01 is $27,008.42. The information for Sun Ridge that Ben sent us dated 2-25-01 showed on BMW, with a current balance of $14,266.79. Kay at BMW sent us a fax stating that your balance through 2-25-01 is $42,809.82. Ben did not put Sherwin Williams or Capital Drywall on his list for Sun Ridge, Sherwin Williams is showing your balance through 2-25-01 as $17,330.91. We have not contacted Capital Drywall as of this date.

I don't like to get into people's business, but I have to when it effects projects that I am in charge of. BMW states that you are in good graces with them, which makes me feel good, but why would Ben show so much less than what's on the books? Frankly, if the information on Ben's sheet had included all the suppliers for both projects with balances that matched the information that was faxed to us by the suppliers, then I wouldn't worry. I always get suspicious when I'm given information that can't be substantiated.

Please review this information, yourself and with Ben if you wish, then give me a call or e-mail response.

Thanks
DG

PS - I'm faxing the information too.

1

0006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04 | BCBFS100 | 207.97- | .00 | .00 | .00 | .00 | 207.97- |
| 04 | DRAW042501SR | 46017.92 | .00 | .00 | .00 | .00 | 46017.92 |
| 04 | DRAW042501SR | 46592.08 | 9261.00 | .00 | .00 | .00 | 37331.08 |
| 04 | DRAW042501SR- | 35248.00 | 3524.80 | .00 | .00 | .00 | 31723.20 |
| 19 | DRAW0425CP | 8736.00 | 873.60 | .00 | .00 | .00 | 7862.40 |
| 19 | DRAW0425CP | 5000.00 | 500.00 | .00 | .00 | .00 | 4500.00 |
| 19 | DRAW0425CP | 140.00 | 14.00 | .00 | .00 | .00 | 126.00 |

SIGN ATTACHED LIEN WAIVER & RETURN TODAY, FURTHER PAYMENT WILL NOT BE PROCESSED UNTIL ALL OUTSTANDING WAIVERS ARE RETURNED.

| CHECK DATE | CHECK NO. | | | | | | |
|---|---|---|---|---|---|---|---|
| -15-01 # | 1805 TOTAL | .00 | .00 | .00 | .00 | .00 | 127352.63 |

0007

# SUBCONTRACTORS
## SUPPLIER/SUBCONTRACTOR'S LIST

Date: 05-25-01

**Project Name:** Sun Ridge Apartments
**Project Location:** La Grange, GA
**Subcontractor:** Sutton Construction & Drywall Services, Inc.

| Supplier | Address | Contact | Phone | Fax | Current Balance |
|---|---|---|---|---|---|
| Sherwin Williams | 408 New Franklin Road La Grange, GA | Randy/Lisa | 706-882-7757 | | $22,920.90 |
| Capitol Materials | 1401 Blanchard Blvd Columbus, Ga | Dennis/Ron | 706-660-1700 | 706-660-9060 | $29,974.45 |
| A&A Supply | 107 Commercial Lane Dothan, AL | Chad Anderson | 334-794-8836 | 334-794-7368 | $5,455.20 |
| | | Jimmy Brackin | | | |
| Manuel Freire | Whispering Pine Apts La Grange, Ga | Manuel Freire | 334-685-0591 | | $43,711.00 |
| AA Adams Const. | 79 County Rd 23 Clio, Al 36017 | Ben Adams | 334-397-2769 | 334-397-2769 | $116,655.76 |

NOTE: This list must be sent in with **Every** pay request. If it is not sent in, any future checks will be held in this office until list is provided.

CC: Job Superintendent

0008

# SUBCONTRACTORS

## SUPPLIER/SUBCONTRACTOR'S LIST

Date: 06-25-01

Project Name: Sun Ridge Apartments
Project Location: La Grange, GA
Contractor: Sutton Construction & Drywall Services, Inc.

| Supplier | Address | Contact | Phone | Fax | Current Balance |
|---|---|---|---|---|---|
| Sherwin Williams | 408 New Franklin Road La Grange, GA | Randy/Lisa | 706-882-7757 | | $16,208.07 |
| Capitol Materials | 1401 Blanchard Blvd Columbus, Ga | Dennis/Ron | 706-660-1700 | 706-660-9060 | $14,987.22 |
| A&A Supply | 107 Commercial Lane Dothan, AL | Chad Anderson | 334-794-8836 | 334-794-7368 | -0- |
| Manuel Fraire | Whispering Pine Apts La Grange, Ga | Manuel Fraire | 334-685-0591 | | $20,120.00 |
| AA Adams Const. | 79 County Rd 23 Clio, Al 36017 | Ben Adams | 334-397-2769 | 334-397-2769 | $125,439.06 |

NOTE: This list must be sent in with Every pay request. If it is not sent in, any future checks will be held in office until list is provided.

_____
Job Superintendent

0009

# SUBCONTRACTORS

## SUPPLIER/SUBCONTRACTOR'S LIST

Date: 07/25/01

Project Name: Sun Ridge Apartments

Project Location: LaGrange, Georgia

Contractor: Sutton Construction & Drywall Services, Inc.

| Supplier | Address | Contact | Phone | Fax | Current Balance |
|---|---|---|---|---|---|
| Sherwin Williams | 408 New Franklin Road, LaGrange, Georgia | Randy/Lisa | 706-882-7757 | | $6420.31 |
| Capital Materials | 1401 Blanchard Boulevard, Columbus, Georgia | Dennis/Ron | 706-660-1700 | 706-660-9060 | $6980.19 |
| Manuel Fraire | Whispering Pines Apartments, LaGrange, Georgia | Manuel Fraire | 334-657-7610 | | $19726.39 |
| Adams Construction | 79 County Road 23, Clio, AL 36017 | Ben Adams | 334-397-2671 | 334-397-4192 | $98915.04 |

NOTE: This list must be sent in with <u>Every</u> pay request. If it is not sent in, any future checks will be held in office until list is provided.

Job Superintendent





PLAINTIFF'S EXHIBIT 8

0011

CHARTER CONSTRUCTION MANAGEMENT COMPANY, INC.
730 North Dean Road, Suite 200
Auburn, Alabama 36830
Voice: (334) 502-4100
Fax: (334) 502 7649

### WAIVER AND SUBORDINATION OF LIEN
(Suppliers)

Whereas, the undersigned __AA-Adams Construction__ (hereinafter referred to as the "Supplier") has furnished or has contracted to furnish equipment, services, and/or material (hereinafter collectively referred to as the "Materials") in connection with the improvement of certain real property known as __Sun Ridge Apartments__ located in __Troup__ County, State of __Georgia__ (hereinafter referred to as the "Property").

Now, therefore, for and in consideration of the sum of __$4,500.00__ paid by __Sutton Const.__ to the Supplier, and other good and valuable considerations, the receipt and sufficiency whereof are hereby acknowledged, and in order to induce the making of the above-mentioned disbursement, the Supplier does hereby:

(a) Waive and release any lien or right to lien of the Supplier on or against said Property on account of Materials furnished by the Supplier for the improvement of said Property on or before the date hereof; and

(b) Subordinate any lien or right to lien of the Supplier on or against said Property to the lien and title of Lender in and to said Property (as granted to Lender by the documents evidencing and securing the above-mentioned loan) on account of Materials furnished by the Supplier for the improvement of said Property after the date hereof; and

(c) Warrant and represent that any and all parties who have supplied Materials to the Supplier for the improvements of said Property have been paid in full all amounts accrued by virtue of such Work through and including the date hereof; and

(d) Warrant and represent that the Supplier (or the individual executing this instrument on behalf of the Supplier has personal knowledge of the matters herein stated, and is authorized and fully qualified to execute this instrument as or on behalf of the Supplier; and

(e) Covenant and agree that this instrument is made in consideration of the payment of the aforesaid sums to the Supplier, and pursuant to the statutes of the State of __Georgia__ with respect to the liens of laborers and material-men.

(Insert Company name and address here)

AA-Adams Construction
79 County Rd 23
Clio, AL 36017

_Ken A Adams_  Managing General Partner
Authorized Signature & Title

_Ken T. Adams_
Name of Person Signing Waiver (Printed)

Date: 09/06/01

Subscribed and sworn to before me on this 6th day of September 20 01  Notary Public

State of Alabama   At Large:

My Commission Expires: 7/5/2004
Notary Seal
(01/03/01)

_Zandi C. Joss_

PLAINTIFF'S EXHIBIT 9

0012

# SUBCONTRACTORS
## SUPPLIER/SUBCONTRACTOR'S LIST

Date: 8-25-01

Project Name: Sun Ridge Apartments

Project Location: LaGrange, Georgia

Subcontractor: Sutton Construction & Drywall Services, Inc.

| Supplier | Address | Contact | Phone | Fax | Current Bala |
|---|---|---|---|---|---|
| AA-Adams Construction | 79 County Rd 23 Clio, Al 36017 | Ben Adams | 334-397-2671 | 334-397-2671 | $94,415.04 |

NOTE: This list must be sent in with <u>Every</u> pay request. If it is not sent in, any future checks will be held in his office until list is provided.

CC: Job Superintendent

PLAINTIFF'S EXHIBIT 10