C:\Documents and Settings\Melea\My Documents\mctTO jsg\Gilliland\Jinks,
Lynn\NtcSettlement Conference.wpd

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JINKS, DANIEL & CROW, P.C., | § | |
| Plaintiff, | § | |
| v. | § | |
| COMMUNITY BANK AND TRUST | § | |
| OF SOUTHEAST ALABAMA, and | | CASE NUMBER: |
| UNITED STATES DEPARTMENT | § | |
| OF TREASURY, INTERNAL | | **2:05-CV-00940-MHT-VPM** |
| REVENUE SERVICE, | § | |
| Defendants. | § | |

NOTICE OF SETTLEMENT CONFERENCE

Pursuant to the Scheduling Order entered in this action, Plaintiff hereby gives notice to

the Court that, with this Court's express permission, the parties conducted a settlement

conference via telephone and e-mail during the period between March 2, 2006, and

March 7, 2006.  As a result of these discussions, counsel for the Defendant IRS states that

he will recommend the settlement between the parties that Defendant Community Bank

and Trust of Southeast Alabama and Plaintiff have proposed, but that final approval of

the settlement by the Department of Justice has not yet been obtained.  Plaintiff is advised

that the Department of Justice, on behalf of the IRS, expects to have a final decision

regarding settlement within the next two to three weeks, and the parties will promptly

advise the Court of the status.

                                        s/Janie S. Gilliland
                                        Janie S. Gilliland      GIL034


OF COUNSEL:
JANIE S. GILLILAND
Attorney at Law
P. O. Box 241345
Montgomery, AL 36124-1345
Telephone:   334-409-2003
Facsimile:   334-409-2009
E-mail:      janiegilliland@knology.net


## Certificate of Service

I hereby certify that on this, the 10th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

    James T. Lyons
    Trial Attorney, Tax Division
    U. S. Department of Justice
    PO Box 14198
    Washington, DC  20044
    *james.t.lyons@usdoj.gov*

    Anne Stone Sumblin
    WALSTON WELLS & BIRCHALL, LLP
    PO Box 345
    Kinston, AL 35643
    *asumblin@oppcatv.com*


                                        s/Janie S. Gilliland