IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JINKS, DANIEL & CROW, P.C., )<br>　　　　　　　　　　　　　　　)<br>　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>COMMUNITY BANK AND TRUST　　　)<br>OF SOUTHEAST ALABAMA,　　　　)<br>UNITED STATES DEPARTMENT　　　)<br>OF TREASURY, and INTERNAL　　)<br>REVENUE SERVICE,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　) | CIVIL ACTION NO.<br>2:05cv940-MHT |

## ORDER

It is ORDERED that all outstanding motions are denied as moot.

DONE, this the 17th day of March, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE