IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JINKS, DANIEL & CROW, P.C., )<br>    )<br>   Plaintiff,    )<br>    )<br>   v.    )<br>    )<br>COMMUNITY BANK AND TRUST    )<br>OF SOUTHEAST ALABAMA,    )<br>UNITED STATES DEPARTMENT    )<br>OF TREASURY, and INTERNAL    )<br>REVENUE SERVICE,    )<br>    )<br>   Defendants.    ) | CIVIL ACTION NO.<br>2:05cv940-MHT<br>    (WO) |

## FINAL CONSENT JUDGMENT

Pursuant to the Joint Motion (Doc. No. 25) filed by all of the parties in the above-styled action, by and through their counsel of record, for the entry of a Final Consent Judgment, it is hereby

ORDERED, ADJUDGED, and DECREED that the motion is granted and the Clerk of this Court shall disburse immediately the funds in the principal amount of $56,438.97, plus accrued interest, that are held by the Clerk as a result of this interpleader action (the "Interpleader Funds") in the following manner and in the following amounts:

1. A cashier's or certified check in the amount of $34,000 shall be made payable to the "Internal Revenue Service" and shall bear a notation as to the taxpayer "AA Adams Construction Company" and its employer identification number, and the check shall be delivered by the Clerk to James T. Lyons, attorney for defendant Internal Revenue Service ("IRS"), at U. S. Department of Justice, ATTN: James T. Lyons, PO Box 14198, Washington, DC  20044;

2. A check in the amount of $20,900 shall be made payable  to "Community Bank & Trust of SE Alabama" and the check shall be delivered by the Clerk to Anne Stone Sumblin, attorney for defendant Community Bank & Trust, at PO Box 345, Kinston AL  36453; and

3. A check in the amount of (a) $1,538.97, the remaining principal balance of the Interpleader Funds after the payments to the IRS and to CB&T as set forth above, plus (b) all of the net accrued interest on the Interpleader Funds through the date of disbursement after the deduction by the Clerk of 10% of the total accrued interest for payment to the U.S. Government, shall be made payable to "Janie Gilliland, As Attorney for Plaintiff Jinks, Daniel & Crow, P.C." and the check shall be

delivered by the Clerk to Janie Gilliland, attorney for plaintiff, at PO Box 241345, Montgomery, AL 36124-1345.

It is further ORDERED, ADJUDGED, and DECREED that, upon the disbursement of the Interpleader Funds as provided herein, this matter shall be dismissed with prejudice and with each party to bear its own costs.

DONE, this the 17th day of March, 2006.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**