IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JINKS, DANIEL & CROW, P.C., )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>COMMUNITY BANK AND TRUST )<br>OF SOUTHEAST ALABAMA, )<br>UNITED STATES DEPARTMENT )<br>OF TREASURY, and INTERNAL )<br>REVENUE SERVICE, )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:05cv940-MHT<br>(WO) |

**JUDGMENT**

The court having been informed by the clerk's office that the interpleader funds have been disbursed and in accordance with the final consent judgment, entered on March 17, 2006 (Doc. No. 27), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice, with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of March, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE